

FILED
DEC 07 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:21MJ429-1
 )
1709 Boyden Street, Greensboro, NC 27403 )
(described in Attachment A hereto) )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

1709 Boyden Street, Greensboro, NC 27403 (described in Attachment A hereto)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence related to threats, including computers, electronic devices, firearms, ammunition listed in Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before _____12/1/2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joe L. Webster, U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/17/2021 5:01p.m.    _____/s/ Webster_____
                                                *Judge's signature*

City and state: Durham, North Carolina    Joe L. Webster, U.S. Magistrate Judge
                                              *Printed name and title*

## Return

| Case No.: 1:21MJ429-1 | Date and time warrant executed: 11/17/2021 5:45 pm | Copy of warrant and inventory left with: Melissa A. Roberts |
|---|---|---|

Inventory made in the presence of:
Melissa A. Roberts

Inventory of the property taken and name(s) of any person(s) seized:

See Attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/24/2021

_Executing officer's signature_

Norman G. Kuylen, SA
_Printed name and title_

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property

Case ID: 9E-MW-3517947

On (date): 11-17-21

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Kevin Herriott and Melissa Roberts
(Street Address) 1709 Boyden Street
(City) Greensboro, NC

Description of Item(s):

1. Samsung Smartphone (black w/ clear case)
2. Black iPhone
3. Silver iPad
4. HP Laptop with cable
5. Surface 2 Laptop with cable
6. Black Steven's Shotgun (12ga) SN: 201134K
7. iPad
8. Blue iPhone
9. One AR-15 magazine and sixty rounds of .223 Ammo

Nothing further

Received By: _____ (Signature)
Printed Name/Title: Whitson Frye, TFO

Received From: _____ (Signature)
Printed Name/Title: Melissa Roberts

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property

Case ID: 9E-MW-3517947
On (date): 11/7/2021

item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Kevin Harriott + Melissa Roberts
(Street Address) 1209 Boyden Street
(City) Greensboro NC

Description of Item (s): - One Apple Watch From Kevin Harriott.

Last Item

Received By: _____(Signature)
Printed Name/Title: Naman Keylay

Received From: _____(Signature)
Printed Name/Title: Melissa Roberts